Jacob S. Wessel, Esq. ISB #7529
THOMSEN HOLMAN WHEILER, PLLC
1000 Riverwalk Drive, Suite 300
Idaho Falls, ID  83402
Telephone (208) 522-1230
Fax (208) 522-1277
wessel@thwlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER HODGES,<br><br>    Plaintiff,<br><br>v.<br><br>PHOENIX FIRE PROTECTION, LLC,<br>ASPEN FIRE SUPPLY LTD. LLC,<br>and TRENT BICE,<br><br>    Defendants. | Case No. 4:22-cv-167-BLW<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

    COMES NOW Plaintiff Christopher Hodges, by and through counsel of record, and stipulate as follows:

    1.    That the within action against Defendants Phoenix Fire Protection, LLC, Aspen Fire Supple LTD. LLC, and Trent Bice, shall be dismissed with prejudice for reason that the parties have fully compromised and settled the dispute which is the subject of this litigation;

    2.    That each party will bear their own costs and attorney fees incurred in this proceeding;

    3.    That the stipulated dismissal of this action is not an admission of liability by any party to this proceeding.

1 – STIPULATION FOR DISMISSAL WITH PREJUDICE

DATED this 9th day of August, 2022.

_____
Jacob S. Wessel, Esq.
Attorney for Plaintiff

DATED this 9th day of August, 2022.

_____
Sam L. Angell, Esq.
Attorney for Defendants

2 – STIPULATION FOR DISMISSAL WITH PREJUDICE